IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | |
|---|---|
| Eleanor Kathleen Fahlbusch,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | **ORDER ADOPTING** |
| vs.    ) | **REPORT AND RECOMMENDATION** |
| ) | |
| Commissioner of Social Security,    ) | Civil File No. 3:10-cv-93 |
| ) | |
| Defendant.    ) | |
| ) | |
| ) | |
| ) | |

The Court has received a Report and Recommendation (Doc. #19) from the Honorable Karen K. Klein, United States Magistrate Judge, recommending that Plaintiff's action be **DISMISSED WITHOUT PREJUDICE**. No party has filed an objection to this recommendation within the requisite time period pursuant to District of North Dakota Local Court Rule 72.1(D)(3).

The Court has reviewed the Report and Recommendation, along with the entire file, and finds that the Magistrate Judge's position is correct. Accordingly, the Court hereby adopts the Report and Recommendation in its entirety. Plaintiff's action is hereby **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 4th day of January, 2011.

/s/   Ralph R. Erickson
Ralph R. Erickson, Chief District Judge
United States District Court